**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000083**
**09-AUG-2024**
**08:05 AM**
**Dkt. 36 ODSD**

NO. CAAP-24-0000083

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE GUARDIANSHIP OF I.W. and T.E.

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(CASE NOS. 5GD151000035 and 5GD151000036 (consolidated))

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that:

(1) On May 24, 2024, the court granted self-represented Mother-Appellant's and Stepfather-Appellant's separate motions for relief from default and first extensions of time for the statements of jurisdiction and opening briefs to June 24, 2024. The court cautioned Mother and Stepfather that any further default of the statement of jurisdiction and opening brief may result in sanctions authorized by Hawaiʻi Rules of Appellate Procedure (HRAP) Rules 12.1(e) and 30, including, without limitation, monetary sanctions, the appeal being dismissed, or both;

(2) Mother and Stepfather failed to file either document, or request another extension of time;

(3) On June 26, 2024, the appellate clerk entered a default notice informing Mother and Stepfather that the time for filing the statements of jurisdiction and opening briefs had expired, the matter would be called to the court's attention on July 8, 2024, for appropriate action, which could include dismissal of the appeal, under HRAP Rules 12.1(e) and 30, and

Mother and Stepfather could request relief from default by motion; and

(4) Mother and Stepfather have not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, August 9, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

2